IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| WILLIAM E. RIDEG,<br><br>    Plaintiff,<br><br> vs.<br><br>ROBERT BERLETH and NADIA BERLETH,<br><br>    Defendants. | CV 21-21-M-DLC<br><br>JUDGMENT |

  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

  IT IS ORDERED AND ADJUDGED that judgment is entered in accordance with the Court's Order (Docket 19), and this case is remanded to the Fourth Judicial District Court, Missoula County.

  Dated this 9th day of August, 2021.

          TYLER P. GILMAN, CLERK

          By: /s/ Nicole Stephens
          Nicole Stephens, Deputy Clerk