OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
for the District of Montana



Tyler P. Gilman
Clerk of Court

Beth Conley
Chief Deputy of
Administration

Coleen Hanley
Chief Deputy of
Operations

August 9, 2021

Clerk of District Court
Montana Fourth Judicial District Court, Missoula County
200 W. Broadway
Missoula, MT  59802

Re:  Remand of District of Montana Case CV 21-21-M-DLC; William Rideg vs. Robert Berleth and Nadia Berleth

Your Case Number:  DV 18-1317

Dear Sir/Madam:

    Pursuant to the enclosed Order dated August 9, 2021, this case is remanded back to Montana Fourth Judicial District Court, Missoula County.  Enclosed is a CD with all documents filed in our case, as well as a copy of our docket sheet.

    Please acknowledge receipt of these enclosures on the copy of this letter and return to us in the envelope provided.  Thank you.

Sincerely,

/s/ Nicole Stephens
Deputy Clerk, Missoula Division